UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KALSHIEX LLC, <br><br> Plaintiff, <br><br> v. <br><br> COMMODITY FUTURES TRADING COMMISSION, <br><br> Defendant. | Civil Action No. 23-cv-3257 (JMC) |

## SCHEDULING ORDER

**I.   CASE DEADLINES**

It is hereby **ORDERED** that the Parties adhere to the following deadlines:

- The Commodity Futures Trading Commission (CFTC) will file the certified list of the contents of the administrative record with the Court by January 16, 2024.

- KalshiEx (Kalshi) will file a motion for summary judgment by January 25, 2024.

- The CFTC will file a cross-motion for summary judgment and a response in opposition to Kalshi's motion for summary judgment by February 26, 2024.

- Kalshi will file a reply in support of its motion for summary judgment and in opposition to the CFTC's cross-motion for summary judgment by March 27, 2024.

- The CFTC will file a reply in support of its cross-motion for summary judgment by April 10, 2024.

- The Parties will jointly submit an appendix, in accordance with Local Civil Rule 7(n)(1), containing portions of the administrative record cited or relied upon in the motions for summary judgment and related briefing, by April 24, 2024.

Additionally, it is **ORDERED** that the Defendant is no longer required to file an answer and the January 5, 2024, deadline to do so is **STRICKEN**.

**II.     COMMUNICATIONS WITH CHAMBERS**

The Parties are to communicate with the Court by motion, opposition, reply, or notice, including for requests for extensions or to reschedule hearing dates. The Parties should not call or email Chambers about pending case matters.

**III.    MEDIATION**

The Court encourages the Parties to mediate their case with a Magistrate Judge or through the Mediation Program of the Circuit Executive's Office. If, at any point, the Parties desire to engage in mediation, the Parties should file a joint request captioned "Joint Motion for Mediation," and the Court will make the requested referral.

**SO ORDERED**.

DATE: November 30, 2023

_____
Jia M. Cobb
U.S. District Court Judge