IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KALSHIEX LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMODITY FUTURES TRADING COMMISSION,<br><br>            Defendant. | No. 23-cv-03257-JMC<br><br>**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

## MOTION FOR SUMMARY JUDGMENT

Plaintiff KalshiEx LLC moves this Court to enter Summary Judgment in its favor under Federal Rule of Civil Procedure 56 and Local Rule 7. There is no genuine issue as to any material fact as set forth in the administrative record, and Plaintiff is entitled to judgment as a matter of law. Plaintiff's motion is supported by the Memorandum of Law in Support of the Motion for Summary Judgement.

Dated: January 25, 2024

Amanda K. Rice
(D.C. Bar 1019208)*
JONES DAY
150 W. Jefferson Avenue,
Suite 2100
Detroit, MI 48226
(313) 733-3939

Samuel V. Lioi*
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
(216) 586-3939

*admitted *pro hac vice*

Respectfully submitted,

/s/ *Jacob (Yaakov) M. Roth*
Jacob (Yaakov) M. Roth (D.C. Bar 995090)
Joshua B. Sterling (D.C. Bar 479320)
John Henry Thompson (D.C. Bar 90013831)
JONES DAY
51 Louisiana Avenue N.W.
Washington, DC 20001
(202) 879-3939

*Counsel for Plaintiff
KalshiEx LLC*