IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KALSHIEX LLC,<br><br>            Plaintiff,<br><br>v.<br><br>COMMODITY FUTURES TRADING COMMISSION,<br><br>            Defendant. | No. 23-cv-03257-JMC |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Summary Judgment, the briefing in support of and in opposition to that Motion, and the entire record in this case, the Court concludes that there are no issues of material fact and that Plaintiff is entitled to judgment as a matter of law. Accordingly, it is hereby ORDERED that Plaintiff's Motion for Summary Judgment is granted.

The Court VACATES Defendant's Order restricting Plaintiff from listing its Congressional Control Contracts for trading on its market.

It is further DECLARED that Plaintiff is entitled to list its Congressional Control Contracts for trading on its market.

This is a final, appealable order.

_____
HONORABLE JIA M. COBB
UNITED STATES DISTRICT JUDGE