AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| KalshiEx LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-03257-JMC |
| Commodity Futures Trading Commission | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus curiae Jeremy D. Weinstein.

Date: 01/31/2024

s/ Christopher Mills
*Attorney's signature*

Christopher Mills (D.C. Bar No. 1021558)
*Printed name and bar number*

557 East Bay St. #22251
Charleston, SC 29413
*Address*

cmills@spero.law
*E-mail address*

(843) 606-0640
*Telephone number*

*FAX number*