IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KalshiEx LLC,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Commodity Futures Trading Commission,<br><br>　　　　Defendant. | Case No. 23-cv-03257-JMC |

### (PROPOSED) ORDER

The motion of Professor Joseph A. Grundfest for leave to file a brief as amicus curiae in support of Plaintiff's motion for summary judgment is GRANTED.

_____

Judge Jia M. Cobb