IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KalshiEx LLC,

    Plaintiff,

v.

UNITED STATES COMMODITY
FUTURES TRADING COMMISSION,

    Defendant.

Case No. 23-cv-03257-JMC

## **(PROPOSED) ORDER**

Upon consideration of the Unopposed Motion of Better Markets, Inc. for Leave to File an Amicus Curiae Brief in Support of Defendant, and there appearing good cause to grant such leave,

It is hereby ORDERED that the motion is GRANTED. The Clerk is directed to file the lodged amicus curiae brief of Better Markets, Inc.

Dated: _____, 2024      _____
    The Honorable Jia M. Cobb
    United States District Judge

## ATTORNEYS TO BE NOTIFIED OF ENTRY OF PROPOSED ORDER

In accordance with Local Civil Rule 7(k), listed below are the names and addresses of the attorneys entitled to be notified of the entry of this proposed order:

Yaakov M. Roth
Joshua B. Sterling
John Henry Thompson
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20012
(202) 879-7658

Amanda K. Rice
JONES DAY
150 W. Jefferson Avenue, Suite 2100
Detroit, MI 48226
(313) 733-3939

Samuel V. Lioi
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939

Raagnee Beri
Conor Daly
Commodity Futures Trading Commission
1155 21st Street, NW
Washington, D.C. 20581
(202) 418-5986