UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KALSHIEX LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>COMMODITY FUTURES TRADING COMMISSION,<br><br>　　Defendant. | Civil Action No. 23-3257 (JMC) |

## ORDER

For the reasons stated in the Court's forthcoming memorandum opinion, the Court **GRANTS** Plaintiff's motion for summary judgment, ECF 17, and **DENIES** Defendant's cross-motion for summary judgment, ECF 30. Defendant's September 22, 2023 order prohibiting Plaintiff from listing its congressional control contracts for trading is hereby **VACATED**.

This is a final appealable order.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JIA M. COBB
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: September 6, 2024

1