IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KALSHIEX LLC,<br><br>       Plaintiff,<br><br>v.<br><br>COMMODITY FUTURES TRADING COMMISSION,<br><br>       Defendant. | Civil Action No. 1:23-cv-03257 (JMC) |

**[proposed] ORDER GRANTING CFTC's MOTION FOR TEMPORARY STAY OF DECISION**

Upon consideration of the Defendant Commodity Futures Trading Commission's Emergency Motion to Stay the Court's Decision until Fourteen (14) Days After the Issuance of the Forthcoming Memorandum Opinion, Dkt. No. 48, the Defendant's Motion is **GRANTED**.

The Court's Order, Dkt. No. 47 is **STAYED** until fourteen (14) days after the issuance of the referenced forthcoming memorandum opinion.

**IT IS SO ORDERED** on this \_\_\_\_\_ day of _____, 2024.

_____
**JIA M. COBB**
**UNITED STATES DISTRICT JUDGE**