IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KALSHIEX LLC,<br><br>   Plaintiff,<br><br>v.<br><br>COMMODITY FUTURES TRADING COMMISSION,<br><br>   Defendant. | No. 23-cv-03257-JMC |

### [PROPOSED] ORDER

Upon consideration of Defendant's Motion to stay this Court's order granting Plaintiff's motion for summary judgement and denying Defendant's motion for summary judgment, it is hereby ORDERED that Defendant's motion is DENIED.

                   _____
                   HONORABLE JIA M. COBB
                   UNITED STATES DISTRICT JUDGE