# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KALSHIEX LLC, <br><br>     Plaintiff, <br><br> v. <br><br> COMMODITY FUTURES TRADING COMMISSION, <br><br>     Defendant. | Civil Action No. 1:23-cv-03257 (JMC) |

## NOTICE OF APPEAL

Notice is hereby given this 12th day of September, 2024, that the Commodity Futures Trading Commission hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 6th day of September, 2024 [Dkt No. 47], with a memorandum opinion issued today, [Dkt. No. 51] granting Plaintiff's, KalshiEx LLC's, motion for summary judgment [Dkt No. 17] and denying Defendant's cross-motion for summary judgment [Dkt No. 30].

Dated:  September 12, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Raagnee Beri*

　　　　　　　　　　　　　　　　　　　　*Senior Assistant General Counsel*

　　　　　　　　　　　　　　　　　　　Robert A. Schwartz
　　　　　　　　　　　　　　　　　　　　*General Counsel*
　　　　　　　　　　　　　　　　　　　Anne W. Stukes
　　　　　　　　　　　　　　　　　　　　*Deputy General Counsel*
　　　　　　　　　　　　　　　　　　　Margaret P. Aisenbrey
　　　　　　　　　　　　　　　　　　　　*Senior Assistant General Counsel*
　　　　　　　　　　　　　　　　　　　Conor B. Daly
　　　　　　　　　　　　　　　　　　　　*Counsel*
　　　　　　　　　　　　　　　　　　　Commodity Futures Trading Commission

1155 21st Street, NW
Washington, D.C. 20581-0001
Phone: (202) 418-5986
rberi@cftc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2024, I served the foregoing on counsel of record using this Court's CM/ECF system.

/s/ Raagnee Beri