IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KALSHIEX LLC., <br><br> *Plaintiff*, <br><br> v. <br><br> COMMODITY FUTURES TRADING COMMISSION, <br><br> *Defendant*. | No. 1:23-cv-3257-JMC |

## NOTICE OF WITHDRAWAL

Pursuant to Local Civil Rule 83.6(b), the undersigned, Jacob (Yaakov) M. Roth, respectfully notices the withdrawal of his appearance as counsel to Plaintiff in the above-captioned matter. Plaintiffs will continue to be represented by other counsel of record.

Dated: February 20, 2025

Respectfully submitted,

*/s/ Jacob (Yaakov) M. Roth*
Jacob (Yaakov) M. Roth (D.C. Bar 995090)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Counsel for Plaintiff*